UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID CHRISTIAN,

    Plaintiff,

v.                                            Case No: 8:15-cv-1343-T-30JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## **ORDER**

THIS CAUSE comes before the Court upon the Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant (Dkt. #14).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant (Dkt. #14) is GRANTED.

2.    This action is REVERSED AND REMANDED under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) to the Commissioner of Social Security for further action consistent with the Motion.

3.    The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant.

4. The Clerk shall terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2015\15-cv-1343 enter judgment 14.docx

2