# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID CHRISTIAN,

    Plaintiff,

v.                                              Case No: 8:15-cv-1343-T-30JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Unopposed Petition for Attorney Fees (Dkt. #17). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Plaintiff's Unopposed Petition for Attorney Fees (Dkt. #17) is GRANTED.

2. Plaintiff is awarded $895.44 in attorney's fees.

3. Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel within thirty (30) days of the date of this Order.

4. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of December, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record